BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01319-JAM-KJN |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 30, 2013 TO OCTOBER 25, 2013; ORDER |
| v. | |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $11,000.00 IN U.S CURRENCY, | |
| Defendants. | |

The United States requests that the Court extend the deadline to file a Joint Status Report ("JSR") from August 30, 2013 to October 25, 2013.

**Introduction**

On July 1, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency (the "defendant currency"), alleging that the defendant currency was involvement in violations of federal drug laws.

**Good Cause**

The United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental

Rules governing forfeiture cases. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on began on July 13, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

To date, no party has filed a claim or answer in this case.

Potential claimant Christopher James Fluke ("Fluke"), who filed a claim in the administrative forfeiture proceeding, was served by certified mail on July 2, 2013 and by personal service on August 9, 2013. Fluke has not filed a claim and the statutory deadline for Fluke to file a claim has expired.

On August 21, 2013, the United States served a second potential claimant, Jason Little ("Little"). Little has not filed a claim. The statutory deadline for Little to file a claim, however, does not run until September 25, 2013.

The United States intends to file a request for a clerk's default against Fluke in the near future. If by September 25, 2013, Little has not filed a claim, the United States will file a request for a clerk's default against Little. Once a clerk's default is entered against Fluke and Little pursuant to Rule 55(a), the United States intends to draft a motion for default judgment and final judgment of forfeiture.

//
//
//
//
//
//
//
//
//
//
//

United States' Request to Continue the
Deadline to File a Joint Status Report

1  Thus, there is good cause to extend the deadline to file a joint status report in this
2  case from August 30, 2013 to October 25, 2013, or to a date the Court deems appropriate.

4  Dated: August 28, 2013   BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Jeffrey A. Spivak
                            JEFFREY A. SPIVAK
                            Assistant U.S. Attorney

ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from August 30, 2013 to October 25, 2013.  IT IS SO ORDERED.

Dated:  8/28/2013         /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Court Judge

3

United States' Request to Continue the
Deadline to File a Joint Status Report