BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $15,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $11,000.00 IN U.S CURRENCY,<br><br>　　　　Defendants. | 2:13-CV-01319-JAM-KJN<br><br>UNITED STATES'S REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 25, 2013 TO JANUARY 15, 2014; ORDER |

The United States requests that the Court extend the deadline to file a Joint Status Report ("JSR") from October 25, 2013 to January 15, 2014.

## Introduction

On July 1, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency (the "defendant currency"), alleging that the defendant currency was involved in violations of federal drug laws.

## Good Cause

The United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases. Additionally, public notice on the official internet

1

government forfeiture site, www.forfeiture.gov, began on July 13, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

To date, no party has filed a claim or answer in this case.

On October 22, 2013, the United States obtained a Clerk's default against potential claimants Christopher James Fluke and Jason Little. (Dkt. 11, 12). The United States intends in the near future to draft a motion for default judgment and final judgment of forfeiture.

Thus, there is good cause to extend the deadline to file a joint status report in this case from October 25, 2013 to January 15, 2014, or to a date the Court deems appropriate.

Dated: October 23, 2013     BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Jeffrey A. Spivak
                            JEFFREY A. SPIVAK
                            Assistant U.S. Attorney

## ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from October 25, 2013 to January 15, 2014. IT IS SO ORDERED.

Dated: October 23, 2013     /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Court Judge

2

United States's Request to Continue the Deadline to File a Joint Status Report