```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $15,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $11,000.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:13-CV-01319-JAM-KJN<br><br>FINDINGS AND RECOMMENDATIONS |

Presently pending before the court is the United States' motion for default judgment and final judgment of forfeiture, filed on December 20, 2013. (ECF No. 15.) Although the motion was filed on an *ex parte* basis as authorized by Local Rule 540(d), the court nonetheless permitted, by minute order dated December 23, 2013, a response to the motion to be filed by any party no later than January 13, 2014, whereupon the motion was to be submitted on the record and briefing without oral argument unless the court subsequently deemed a hearing necessary. (ECF No. 16.) The court further directed the United States to promptly serve a copy of that minute order on any known person(s) with interest in the property and/or their counsel. (Id.) On January 3, 2014, the United States filed a certificate of service indicating that the court's minute order was served by mail on

Christopher James Fluke, Mr. Fluke's attorney, and Jason Little on January 2, 2014. (ECF No. 17.) Although the January 13, 2014 deadline has now passed, no opposition or other response to the United States' motion was filed by any person.

Accordingly, based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 1, 2013.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Christopher James Fluke and Jason Little.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Christopher James Fluke and Jason Little received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Christopher James Fluke and Jason Little be held in default;

5. That the United States' motion for default judgment and final judgment of forfeiture (ECF No. 15) be granted;

6. That judgment by default be entered against any right, title, or interest of potential claimants Christopher James Fluke and Jason Little in the defendant currency referenced in the above caption;

7. That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and

1 Recommendations." Any reply to the objections shall be served on all parties and filed
2 with the court within fourteen (14) days after service of the objections. The parties are
3 advised that failure to file objections within the specified time may waive the right to
4 appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998);
5 <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

   IT IS SO RECOMMENDED.

Dated: January 15, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE